IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT BIG STONE GAP, VA
FILED

JUN 21 2007

JOHN F CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

| | |
|---|---|
| ELEANOR CHADWELL, | ) |
| Plaintiff, | ) Case No. 2:06CV00011 |
| v. | ) |
| LEE COUNTY SCHOOL BOARD, | ) |
| Defendant. | ) |

### *SPECIAL INTERROGATORY VERDICT*

We, the jury find as follows:

1. Has plaintiff Eleanor Chadwell proved by a preponderance of the evidence that her political affiliation or activities were a substantial or motivating factor in the decision of a majority of the members of the Lee County School Board's decision to eliminate the position of Director of Elementary Education and transfer her to another position?

    ✓ Yes          ____ No

2. Has defendant Lee County School Board proved by a preponderance of the evidence that the Board would have voted to eliminate the position of Director of Elementary Education and transfer Ms. Chadwell to another position to save money or for other reasons other than her political affiliation?

    ____ Yes          ✓ No

_____
Foreperson